UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KAREEM GANTT,

        Plaintiff,

- v -

CITY OF NEW YORK, et al.,

        Defendants.
-----------------------------------------------------------------x

**MEMORANDUM**

CV-04-1963 (SJ)(VVP)

      In accordance with instructions at the last conference, counsel for the defendants have submitted for the court's signature several subpoenas duces tecum for the production of records by witnesses who have failed to respond to authorizations signed by the plaintiff. The court has signed those subpoenas addressed to witnesses who reside within the territorial jurisdiction of the court, which include all of the subpoenas issued to New York residents. *See* Fed. R. Civ. P. 45(b)(2). Counsel may telephone chambers to obtain those subpoenas (Chambers: 718-260-2400). As to the subpoenas directed to South Carolina residents, however, the subpoenas must be issued by the federal court that has jurisdiction over those residents. Thus, counsel must make other arrangements for the issuance and service of those subpoenas.

                                                  SO ORDERED:

                                                  *Viktor V. Pohorelsky*

                                                  VIKTOR V. POHORELSKY
                                                  United States Magistrate Judge

Dated:     Brooklyn, New York
              July 18, 2005